United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11948-elf
Elizabeth A. Stevenson Logan                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Apr 02, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db              +Elizabeth A. Stevenson Logan,    5952 Agusta Street,    Philadelphia, PA 19149-3606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
       MICHAEL A. CATALDO2    on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com, igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com, igotnotices@ccpclaw.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                       TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **ELIZABETH A. STEVENSON LOGAN** | | |
| **DEBTOR** | : | BKY. NO: 18-11948ELF13 |

## O R D E R

AND NOW, this 2nd day of April, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Matrix.

It is Ordered that the Motion is Granted. Debtor has until **4/6/18** to file the necessary Matrix List of Creditors.

_____
Eric L. Frank
U.S. Bankruptcy Judge