**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Elizabeth Stevenson-Logan** | | |
| DEBTOR | : | BKY. NO. 18-11948ELF13 |

O R D E R

AND NOW, this **9th** day of **April**, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter **13 Schedules**.

It is Ordered that the Motion is Granted. Debtor has until **April 20, 2018** to file the necessary Schedules and Statement of Financial Affairs in the above-captioned matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**