United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11948-elf
Elizabeth A. Stevenson Logan                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia        Page 1 of 1           Date Rcvd: Apr 09, 2018
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
db          +Elizabeth A. Stevenson Logan,    5952 Agusta Street,    Philadelphia, PA 19149-3606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
      MICHAEL A. CATALDO2   on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com, igotnotices@ccpclaw.com
      REBECCA ANN SOLARZ   on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                         TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **Elizabeth Stevenson-Logan** | | |
| **DEBTOR** | : | **BKY. NO. 18-11948ELF13** |

O R D E R

AND NOW, this **9th** day of **April**, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter **13 Schedules**.

It is Ordered that the Motion is Granted. Debtor has until **April 20, 2018** to file the necessary Schedules and Statement of Financial Affairs in the above-captioned matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**