# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                         :Chapter 13

Elizabeth A. Stevenson Logan


   (DEBTOR)                                   :Bankruptcy No. 18-11948ELF


**P R A E C I P E**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to: 746 Windsor Circle, Folcroft, PA 19032.


Date: May 14, 2018            BY: /s/ Michael A. Cataldo
                                   MICHAEL A. CATALDO, ESQUIRE
                                   Cibik & Cataldo, P.C.
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA  19102
                                   215-735-1060/fax 215-735-6769