# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Stevenson-Logan, Elizabeth A |
| Personnel No | : |
| Exemptions | : 00 |
| Exemptions NJ | : 00 |
| Cost Center | : 0103A11500 New Jersey Call |
| Employee Type | : Hourly |
| Payroll Area | : Cable NorthEast |
| Pay period | : 03/25/2018 to 04/07/2018 |
| Pay Date | : 04/13/2018 |
| Advice # | : 1005280101194001 |

| CURRENT AMOUNT | RETRO AMOUNT | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|
| 1,490.20 | 0.00 | 193.57- | 28.10- | 343.35- | 925.18 |

## EARNINGS

| Description | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Leave @ 100% | | | | 6,644.03 |
| LTD @ 60% | | | | 17.99 |
| Quarterly Frontline Bonus | | | | 476.65 |
| Special Bonus | | | | 1,000.00 |
| Regular Pay - Hourly | 18.610 | 71.88 | 1,337.69 | 4,717.15 |
| Overtime Pay | 18.610 | 0.13 | 2.42 | 31.09 |
| Overtime Premium | 9.310 | 0.13* | 1.21 | 15.55 |
| Floating Holiday | 18.610 | 8.00 | 148.88 | 294.22 |
| Flex Day | | | | 225.92 |
| Flex Pay LOA | | | | 930.60 |
| TOTAL EARNINGS | | 80.01 | 1,490.20 | 14,353.20 |

## PRE-TAX DEDUCTIONS

| Description | | | Current | YTD |
|---|---|---|---|---|
| Medical | | | 111.66- | 446.64- |
| Dental | | | 18.63- | 74.52- |
| 401k pretax | | 2.00 | 29.80- | 287.07- |
| Tobacco User Rate | | | 25.00- | 25.00- |
| Vision | | | 8.48- | 33.92- |
| TOTAL PRE-TAX DED | | | 193.57- | 867.15- |

## POST-TAX DEDUCTIONS

| Description | | Current | YTD |
|---|---|---|---|
| ESPP | 1.00 | 14.90- | 143.53- |
| Child Life Insurance | | 0.68- | 2.72- |
| Child AD&D Insurance | | 0.13- | 0.52- |
| Supplemental Life Ins | | 5.27- | 20.66- |
| Supplemental AD&D Ins | | 0.70- | 2.77- |
| Supp LTD 60% | | 6.42- | 25.14- |
| TOTAL POST-TAX DED | | 28.10- | 195.34- |

## TAXES

| | | Current | YTD |
|---|---|---|---|
| **Federal** | Federal | | |
| TX Withholding Tax | | 131.47- | 386.03- |
| TX EE Social Security Tax | | 82.38- | 854.46- |
| TX EE Medicare Tax | | 19.26- | 199.83- |
| **State** | New Jersey | | |
| TX EE Unemployment Tax | | 5.70- | 54.92- |
| TX EE Workforce Devlpmt | | 0.63- | 6.10- |
| TX EE Disability Tax | | 3.58- | 31.52- |
| TX EE Family Leave Insura | | 1.49- | 14.36- |
| **State** | Pennsylvania | | |
| TX Withholding Tax | | 40.77- | 423.03- |
| **City** | Philadelphia | | |
| TX Withholding Tax | | 58.07- | 558.77- |
| TOTAL TAXES | | 343.35- | 2,529.02- |

\* Premium Hours not included in total Absence and Attendance Hours

1 of 2

# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Stevenson-Logan, Elizabeth A |
| Personnel No | : |
| Exemptions | : 00 |
| Exemptions NJ | : 00 |
| Cost Center | : 0103A11500 New Jersey Call |
| Employee Type | : Hourly |
| Payroll Area | : Cable NorthEast |
| Pay period | : 04/08/2018 to 04/21/2018 |
| Pay Date | : 04/27/2018 |
| Advice # | : 1005280101227001 |

| CURRENT AMOUNT | YTD AMOUNT | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|
| 1,708.26 | 5.68 | 197.94- | 30.28- | 244.41- | 1,241.31 |

### EARNINGS

| Description | Hours | Rate | Amount | Current | YTD |
|---|---|---|---|---|---|
| Leave @ 100% | | | | | 6,644.03 |
| LTD @ 60% | | | | | 17.99 |
| Quarterly Frontline Bonus | | | | | 476.65 |
| Special Bonus | | | | | 1,000.00 |
| Regular Pay - Hourly | | 18.610 | 70.70 | 1,315.73 | 6,032.88 |
| Overtime Pay | | 18.610 | 7.86 | 146.28 | 177.37 |
| Overtime Premium | | 9.310 | 7.86* | 73.18 | 88.73 |
| Vacation Pay | | 18.610 | 8.00 | 148.88 | 148.88 |
| Floating Holiday | | 18.610 | 1.30 | 24.19 | 318.41 |
| Flex Day | | | | | 225.92 |
| Flex Pay LOA | | | | | 930.60 |
| **TOTAL EARNINGS** | | | 87.86 | 1,708.26 | 16,061.46 |

### PRE-TAX DEDUCTIONS

| | | | Current | YTD |
|---|---|---|---|---|
| Medical | | | 111.66- | 558.30- |
| Dental | | | 18.63- | 93.15- |
| 01k pretax | | 2.00 | 34.17- | 321.24- |
| Tobacco User Rate | | | 25.00- | 50.00- |
| Vision | | | 8.48- | 42.40- |
| **TOTAL PRE-TAX DED** | | | 197.94- | 1,065.09- |

### POST-TAX DEDUCTIONS

| | | Current | YTD |
|---|---|---|---|
| ESPP | 1.00 | 17.08- | 160.61- |
| Child Life Insurance | | 0.68- | 3.40- |
| Child AD&D Insurance | | 0.13- | 0.65- |
| Supplemental Life Ins | | 5.27- | 25.93- |
| Supplemental AD&D Ins | | 0.70- | 3.47- |
| Supp LTD 60% | | 6.42- | 31.56- |
| **TOTAL POST-TAX DED** | | 30.28- | 225.62- |

### TAXES

| | | | Current | YTD |
|---|---|---|---|---|
| Federal | Federal | | | |
| X Withholding Tax | | | | 386.03- |
| X EE Social Security Tax | | | 95.90- | 950.36- |
| X EE Medicare Tax | | | 22.43- | 222.26- |
| State | New Jersey | | | |
| X EE Unemployment Tax | | | 6.55- | 61.47- |
| X EE Workforce Devlpmt | | | 0.73- | 6.83- |
| X EE Disability Tax | | 4.24 | 3.25- | 30.53- |
| X EE Family Leave Insura | | 1.44 | 1.54- | 14.46- |
| State | Pennsylvania | | | |
| X Withholding Tax | | | 47.46- | 470.49- |
| City | Philadelphia | | | |
| X Withholding Tax | | | 66.55- | 625.32- |
| **TOTAL TAXES** | | 5.68 | 244.41- | 2,767.75- |

\* Premium Hours not included in total Absence and Attendance Hours    1 of 3

# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Stevenson-Logan, Elizabeth A |
| Personnel No | : |
| Exemptions | : 00 |
| Exemptions NJ | : 00 |
| Cost Center | : 0103A11500 New Jersey Call |
| Employee Type | : Hourly |
| Payroll Area | : Cable NorthEast |
| Pay period | : 04/22/2018 to 05/05/2018 |
| Pay Date | : 05/11/2018 |
| Advice # | : 1005280101228001 |

| CURRENT AMOUNT | RETRO AMOUNT | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|
| 2,112.42 | 0.00 | 181.02- | 34.32- | 226.70- | 1,670.38 |

### EARNINGS

| | Hours | Rate | Amount | Current | YTD |
|---|---|---|---|---|---|
| Leave @ 100% | | | | | 6,644.03 |
| TD @ 60% | | | | | 17.99 |
| Quarterly Frontline Bonus | | | | 259.82 | 736.47 |
| Special Bonus | | | | | 1,000.00 |
| Regular Pay - Hourly | | 18.610 | 78.50 | 1,460.89 | 7,493.77 |
| Overtime Pay | | 18.610 | 13.03 | 242.49 | 419.86 |
| Overtime Premium | | 9.310 | 13.03* | 121.30 | 210.03 |
| Vacation Pay | | | | | 148.88 |
| Floating Holiday | | 18.610 | 1.50 | 27.92 | 346.33 |
| Flex Day | | | | | 225.92 |
| Flex Pay LOA | | | | | 930.60 |
| **TOTAL EARNINGS** | | | 93.03 | 2,112.42 | 18,173.88 |

### PRE-TAX DEDUCTIONS

| | | Current | YTD |
|---|---|---|---|
| Medical | | 111.66- | 669.96- |
| Dental | | 18.63- | 111.78- |
| 01k pretax | 2.00 | 42.25- | 363.49- |
| Tobacco User Rate | | | 50.00- |
| Vision | | 8.48- | 50.88- |
| **TOTAL PRE-TAX DED** | | 181.02- | 1,246.11- |

### POST-TAX DEDUCTIONS

| | | Current | YTD |
|---|---|---|---|
| SPP | 1.00 | 21.12- | 181.73- |
| Child Life Insurance | | 0.68- | 4.08- |
| Child AD&D Insurance | | 0.13- | 0.78- |
| Supplemental Life Ins | | 5.27- | 31.20- |
| Supplemental AD&D Ins | | 0.70- | 4.17- |
| Supp LTD 60% | | 6.42- | 37.98- |
| **TOTAL POST-TAX DED** | | 34.32- | 259.94- |

### TAXES

| | | Current | YTD |
|---|---|---|---|
| Federal | Federal | | |
| EX Withholding Tax | | | 386.03- |
| EX EE Social Security Tax | | 122.51- | 1,072.87- |
| EX EE Medicare Tax | | 28.65- | 250.91- |
| State | New Jersey | | |
| EX EE Unemployment Tax | | 8.08- | 69.55- |
| EX EE Workforce Devlpmt | | 0.90- | 7.73- |
| EX EE Disability Tax | | 4.02- | 34.55- |
| EX EE Family Leave Insura | | 1.90- | 16.36- |
| State | Pennsylvania | | |
| EX Withholding Tax | | 60.64- | 531.13- |
| City | Philadelphia | | |
| EX Withholding Tax | | | 625.32- |
| **TOTAL TAXES** | | 226.70- | 2,994.45- |

\* Premium Hours not included in total Absence and Attendance Hours          1 of 2

# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Stevenson-Logan, Elizabeth A |
| Personnel No | : |
| Exemptions | : 00 |
| Exemptions NJ | : 00 |
| Cost Center | : 0103A11500 New Jersey Call |
| Employee Type | : Hourly |
| Payroll Area | : Cable NorthEast |
| Pay period | : 05/06/2018 to 05/19/2018 |
| Pay Date | : 05/25/2018 |
| Advice # | : 1005280101229001 |

| GROSS AMOUNT | RETRO AMOUNT | PRE-TAX DEDUCTIONS | POST-TAX DEDUCTIONS | TAXES | NET PAY |
|---|---|---|---|---|---|
| 1,608.30 | 0.00 | 170.94- | 29.28- | 169.10- | 1,238.98 |

| EARNINGS | Rate | Hours | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Leave @ 100% | | | | | 6,644.03 |
| LTD @ 60% | | | | | 17.99 |
| Quarterly Frontline Bonus | | | | | 736.47 |
| Special Bonus | | | | | 1,000.00 |
| Regular Pay - Hourly | 18.610 | 48.00 | | 893.28 | 8,387.05 |
| Overtime Pay | 18.610 | 4.28 | | 79.65 | 499.51 |
| Overtime Premium | 9.310 | 4.28* | | 39.85 | 249.88 |
| Vacation Pay | 18.610 | 32.00 | | 595.52 | 744.40 |
| Floating Holiday | | | | | 346.33 |
| Flex Day | | | | | 225.92 |
| Flex Pay LOA | | | | | 930.60 |
| TOTAL EARNINGS | | 84.28 | | 1,608.30 | 19,782.18 |
| **PRE-TAX DEDUCTIONS** | | | | | |
| Medical | | | | 111.66- | 781.62- |
| Dental | | | | 18.63- | 130.41- |
| 401k pretax | | 2.00 | | 32.17- | 395.66- |
| Tobacco User Rate | | | | | 50.00- |
| Vision | | | | 8.48- | 59.36- |
| TOTAL PRE-TAX DED | | | | 170.94- | 1,417.05- |
| **POST-TAX DEDUCTIONS** | | | | | |
| SPP | | 1.00 | | 16.08- | 197.81- |
| Child Life Insurance | | | | 0.68- | 4.76- |
| Child AD&D Insurance | | | | 0.13- | 0.91- |
| Supplemental Life Ins | | | | 5.27- | 36.47- |
| Supplemental AD&D Ins | | | | 0.70- | 4.87- |
| Supp LTD 60% | | | | 6.42- | 44.40- |
| TOTAL POST-TAX DED | | | | 29.28- | 289.22- |
| **TAXES** | | | | | |
| Federal | Federal | | | | |
| X Withholding Tax | | | | | 386.03- |
| X EE Social Security Tax | | | | 91.25- | 1,164.12- |
| X EE Medicare Tax | | | | 21.34- | 272.25- |
| State | New Jersey | | | | |
| X EE Unemployment Tax | | | | 6.16- | 75.71- |
| X EE Workforce Devlpmt | | | | 0.68- | 8.41- |
| X EE Disability Tax | | | | 3.06- | 37.61- |
| X EE Family Leave Insura | | | | 1.45- | 17.81- |
| State | Pennsylvania | | | | |
| X Withholding Tax | | | | 45.16- | 576.29- |
| City | Philadelphia | | | | |
| X Withholding Tax | | | | | 625.32- |
| TOTAL TAXES | | | | 169.10- | 3,163.55- |

\* Premium Hours not included in total Absence and Attendance Hours        1 of 2