IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br>ELIZABETH A. STEVENSON LOGAN, <br><br>　　　　　Debtor, <br><br><br>REGIONAL ACCEPTANCE CORPORATION <br><br>　　　　　Movant, <br>　v. <br><br>ELIZABETH A. STEVENSON LOGAN and WILLIAM C. MILLER, Ch. 13 Trustee, <br><br>　　　　　Respondents | Bankruptcy No. 18-11948-elf <br><br>Chapter 13 <br><br>Related to Doc. Nos. 18 |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED APRIL 20, 2018 WITHOUT PREJUDICE

TO THE CLERK OF COURTS:

　　Kindly withdraw without prejudice the *Objection to Confirmation of Plan dated April 20, 2018* filed on behalf of Regional Acceptance Corporation on April 25, 2018, at Document No. 18.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ *Keri P. Ebeck*
　　　　　　　　　　　　　　　　　Keri P. Ebeck
　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2200
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　412-456-8112
　　　　　　　　　　　　　　　　　Fax: (412) 456-8120

　　　　　　　　　　　　　　　　　*Counsel for Regional Acceptance Corporation*

Dated: September 24, 2018