United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-11948-elf
Elizabeth A. Stevenson Logan                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1           Date Rcvd: Dec 20, 2018
                            Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db             +Elizabeth A. Stevenson Logan,    746 Windsor Circle,    Folcroft, PA 19032-1518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
              KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Elizabeth A. Stevenson Logan
        Debtor(s)

Chapter: 13
Bankruptcy No: 18−11948−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 18th day of December, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Eric L. Frank
                              Judge ,
                              United States Bankruptcy Court

                                              50 − 31
                                           Form 155