**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
ELIZABETH A STEVENSON LOGAN

Chapter 13

Debtor

Bankruptcy No. 18-11948-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 8, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
ELIZABETH A STEVENSON LOGAN

746 WINDSOR CIRCLE

FOLCROFT, PA 19032-