United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-11948-elf
Elizabeth A. Stevenson Logan                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Christina              Page 1 of 2              Date Rcvd: Jan 08, 2020
                               Form ID: pdf900              Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
```
db             +Elizabeth A. Stevenson Logan,    746 Windsor Circle,    Folcroft, PA 19032-1518
14086806       +Carrington Mortgage Service. Llc,    PO Box 3489,    Anaheim, CA 92803-3489
14089048       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14086812       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14086813       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14086815        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14086818       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14086820       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14086810        E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:50     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14086809        E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:14:50     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14086807       +E-mail/Text: ecf@ccpclaw.com Jan 09 2020 03:14:13     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14086811       +E-mail/PDF: pa_dc_ed@navient.com Jan 09 2020 03:15:33     Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14086814        E-mail/Text: cio.bncmail@irs.gov Jan 09 2020 03:14:16     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14115143        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:15:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14131486        E-mail/PDF: pa_dc_claims@navient.com Jan 09 2020 03:15:19
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14086816       +E-mail/Text: blegal@phfa.org Jan 09 2020 03:14:38     Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
14086817        E-mail/Text: bankruptcygroup@peco-energy.com Jan 09 2020 03:14:18     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14086819       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 09 2020 03:15:19     Regional Acceptance Co,
                 Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
14096601        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 09 2020 03:15:19     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14086808*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14086821      ##+Transworld System Inc,    2235 Mercury Way,    Ste 275,    Santa Rose, CA 95407-5463
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2        User: Christina            Page 2 of 2                Date Rcvd: Jan 08, 2020
                            Form ID: pdf900            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:

```
        KERI P EBECK     on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        MICHAEL A. CATALDO2     on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2     on behalf of Debtor Elizabeth A. Stevenson Logan ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
         STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> ELIZABETH A STEVENSON LOGAN | Chapter 13 |
| Debtor | Bankruptcy No. 18-11948-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 8, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
ELIZABETH A STEVENSON LOGAN

746 WINDSOR CIRCLE

FOLCROFT, PA 19032-